UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 05-50070-02 |
| | ) |
| VS. | ) JUDGE WALTER |
| | ) |
| SANTINO C. ELLIS | ) MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Pursuant to the Rules of Criminal Procedure, under Rule 35 and the Government's motion for a reduction of sentence, the committed sentence imposed on January 5, 2006, is set aside.

Pursuant to the Sentencing Reform Act of 1984, the defendant, is committed to the custody of the Bureau of Prisons for eight four (84) months.

The reduced sentence is because of the defendant's substantial assistance to the Government in a criminal matter.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE